# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

TONY EUGENE SAFFOLD,           No. 2:16-CV-0725-JAM-CMK-P

    Petitioner,

  vs.                         ORDER

RONALD RACKLEY,

    Respondent.

/

        Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has filed a notice of voluntary dismissal (Doc. 16). Good cause appearing therefor, this action is dismissed. See Fed. R. Civ. P. 41(a)(2). The Clerk of the Court is directed to terminate all pending motions and close this file.

        IT IS SO ORDERED.

DATED: June 8, 2017

                                                                               **CRAIG M. KELLISON**
                                                                               UNITED STATES MAGISTRATE JUDGE